# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIEN MINH NGUYEN,<br><br>　　　　Defendant. | Case No.  15-cr-00203-BLF-1<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S APPLICATION FOR PERMISSION TO SERVE RULE 17 SUBPOENAS**<br><br>[RE:  ECF 22] |

On September 9, 2015, Defendant Hien Minh Nguyen filed an application for permission to serve subpoenas under Federal Rules of Criminal Procedure 17.  Under this Court's Criminal Local Rules, "[a] party requesting a subpoena must support its request by a declaration specifying the facts supporting the issuance of the subpoena along with a proposed order."  Crim. L.R. 17-2(a)(1).  Defendant did not file a declaration in support of his subpoena request.  Finding that the requirements of Crim. L.R. 17-2(a)(1) have not been met, this Court DENIES WITHOUT PREJUDICE Defendant's application for permission to serve Rule 17 subpoenas.

**IT IS SO ORDERED.**

Dated:  September 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge